**EXHIBIT A**

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-06-18 15:25:44 ET

Serial Number: 78410240 Assignment Information

Registration Number: 2959826

Mark

# COHEN & STEERS

(words only): COHEN & STEERS

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2005-06-07

**Filing Date:** 2004-04-29

**Transformed into a National Application:** No

**Registration Date:** 2005-06-07

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 116

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-06-07

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Cohen & Steers Capital Management, Inc.

**Address:**
Cohen & Steers Capital Management, Inc.
280 Park Avenue

New York, NY 10017
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York
**Phone Number:** (212) 832 3232

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
Financial services; namely asset management and investment banking services
**Basis:** 1(a)
**First Use Date:** 1986-07-01
**First Use in Commerce Date:** 1986-07-01

## ADDITIONAL INFORMATION

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark identify Martin Cohen and Robert H. Steers, whose consent(s) to register are of record.

**Prior Registration Number(s):**
2639925

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-06-12 - Applicant/Correspondence Changes (Non-Responsive) Entered

2007-06-12 - TEAS Change Of Owner Address Received

2005-06-07 - Registered - Principal Register

2005-03-15 - Published for opposition

2005-02-23 - Notice of publication

2004-12-09 - Law Office Publication Review Completed

2004-12-09 - Assigned To LIE

2004-11-28 - Approved for Pub - Principal Register (Initial exam)

2004-11-26 - Assigned To Examiner

2004-05-06 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Alison J. Winick

**Correspondent**
Alison J. Winick
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York NY 10017
Phone Number: 212-455-2276
Fax Number: 212-455-2502

**EXHIBIT B**

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-06-18 15:27:16 ET

Serial Number: 75408516 Assignment Information

Registration Number: 2639925

Mark (words only): COHEN & STEERS REALTY MAJORS

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-10-22

Filing Date: 1997-12-19

Transformed into a National Application: No

Registration Date: 2002-10-22

Register: Principal

Law Office Assigned: LAW OFFICE 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2002-11-19

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. COHEN & STEERS CAPITAL MANAGEMENT, INC.

**Address:**
COHEN & STEERS CAPITAL MANAGEMENT, INC.
280 Park Avenue
New York, NY 10017
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

International Class: 016
Class Status: Active

Publications, namely, newsletters, news releases, white papers, books, pamphlets, and brochures in the field of real estate investments
**Basis:** 1(a)
**First Use Date:** 1998-04-00
**First Use in Commerce Date:** 1998-04-00

**International Class:** 036
**Class Status:** Active
Compiling and disseminating an index on the values and performances of real estate investments; providing access to a database of information on real estate investments
**Basis:** 1(a)
**First Use Date:** 1998-04-00
**First Use in Commerce Date:** 1998-04-00

## ADDITIONAL INFORMATION

**Disclaimer:** "REALTY"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-06-12 - Applicant/Correspondence Changes (Non-Responsive) Entered

2007-06-12 - TEAS Change Of Owner Address Received

2002-10-22 - Registered - Principal Register

2002-07-24 - Allowed for Registration - Principal Register (SOU accepted)

2002-07-19 - Assigned To Examiner

2002-07-19 - Assigned To Examiner

2002-07-19 - Assigned To Examiner

2002-07-18 - Statement of use processing complete

2002-06-25 - Amendment to Use filed

2002-06-27 - PAPER RECEIVED

2001-12-18 - Extension 1 granted

2001-12-04 - Extension 1 filed

2001-07-17 - Notice of allowance - mailed

2001-02-01 - Notice of Allowance canceled

2000-08-01 - Notice of allowance - mailed

1999-11-02 - Published for opposition

1999-10-01 - Notice of publication

1999-09-21 - Published for opposition

1999-08-20 - Notice of publication

1999-05-06 - Approved for Pub - Principal Register (Initial exam)

1999-05-03 - Previous allowance count withdrawn

1999-05-03 - Approved for Pub - Principal Register (Initial exam)

1999-03-30 - Communication received from applicant

1998-10-02 - Non-final action mailed

1998-08-28 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GLENN A GUNDERSEN

**Correspondent**
Alison J. Winick
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York NY 10017
Phone Number: 212-455-2276
Fax Number: 212-455-2502