**EXHIBIT D**

# MALTUZI

### A DOMAIN NAME HOLDING COMPANY

QUALITY ASSURANCE | PRIVACY PROTECTION | COMPLAINTS & DISPUTES | DOMAIN NAME INQUIRIES | MEDIA INQUIRIES

Maltuzi, LLC is a domain name holding company. We own more than 100,000 domain names and generate revenue from the sale of advertising and domain names.

The Internet domain name marketplace has many similarities to the commercial real estate market: domain names are the "real estate" we own and advertising space is the related service we sell. We outsource the majority of our web hosting and other services to other companies who specialize in these services.

© 2007 Maltuzi.com | Contact Us