**EXHIBIT E**







**cohenandsteer.com - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Back   ·   Search   Favorites   Media

Address   http://www.cohenandsteer.com

Go

Real Estate Investing

Life Insurance

Open End Mutual Fund

Mutual Funds

Reit

Foreclosures

Real Estate Loans

Money

Home Business

Employment

---

**Popular Categories**

- Real Estate Investing
- Mutual Funds
- Real Estate Loans
- Employment

- Jobs
- Asset Management

- Life Insurance
- Reit
- Money
- Work At Home Opportunity
- Total Return Fund
- Commercial Real Estate

- Open End Mutual Fund
- Foreclosures
- Home Business
- Business Opportunities
- Business
- Invest

**Favorite Categories**

**Travel**
» Airline tickets
» Hotels
» Car rental
» Flights
» South Beach Hotels

**Business**
» Employment
» Work from home
» Reorder Checks
» Used Cars
» Business Opportunities

**Finance**
» Free credit report
» Online Payment
» Credit Card Application
» Car Insurance
» Health insurance

**Entertainment**
» Games
» Casino
» Music
» Cell Phones
» Ringtones

**Home**
» Foreclosures
» Houses For Sale
» Mortgage
» People Search
» Real Estate Training

**Lifestyle**
» Dating
» Christian Singles
» Jewish Singles
» Engagement Rings
» Chat

Search

Search

Done                                                    Internet

Start   12 Microsoft ...   DeskSite   Microsoft Excel   5 Microsoft ...   A4a1d9add-bf...   cohenandste...   5:13 PM