**'07 CIV 5793**

Catherine M. Clayton
**GIBBONS P.C.**
One Pennsylvania Plaza
New York, New York 10019
(212) 643.2071

*Attorneys for Plaintiff,*
*Cohen & Steers Capital*
*Management, Inc.*



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

COHEN & STEERS CAPITAL
MANAGEMENT, INC.,

                    Plaintiff,

            v.

MALTUZI LLC,

                    Defendant.

Civil Action No. _____

## COHEN & STEERS CAPITAL MANAGEMENT, INC.'S
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Plaintiff Cohen & Steers Capital Management, Inc. ("Cohen & Steers") certifies that Cohen &

Steers is a non-governmental corporate entity.  Cohen & Steers' parent company, Cohen &

Steers, Inc., is a publicly traded company listed on the New York Stock Exchange under the

designation "CNS."  No other publicly held corporation owns 10% or more of

#1204004 v1
105569-60143

the stock of Cohen & Steers or Cohen & Steers, Inc.

Dated: New York, New York
       June 18, 2007

Respectfully submitted,

GIBBONS P.C.

By: _____
       Catherine M. Clayton (CC5575)
       GIBBONS P.C.
       One Pennsylvania Plaza
       37TH Floor
       New York, NY  10119
       Tel: 212.613.2071
       *Attorneys for Plaintiff,*
       *Cohen & Steers Capital Management, Inc.*

2

#1204004 v1
105569-60143