USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COHEN & STEERS CAPITAL MANAGEMENT,
INC.,

      Plaintiff,

  - against -

MALTUZI, LLC,

      Defendant.

07 Civ. 5793 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

  The parties are directed to appear telephonically for a conference on **September 21, 2007** at **3 p.m.**

SO ORDERED.

Dated: New York, New York
    August 1, 2007

                John G. Koeltl
              United States District Judge