Catherine M. Clayton
GIBBONS P.C.
One Pennsylvania Plaza
New York, New York 10019
(212) 643.2071

*Attorneys for Plaintiff,*
*Cohen & Steers Capital*
*Management, Inc.*

```
USDS SDNY
DOCUMEN
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COHEN & STEERS CAPITAL MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MALTUZI LLC, <br><br> Defendant. | NOTICE OF DISMISSAL WITH PREJUDICE <br><br> Civil Action No. 07 Civ. 5793 (JGK) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Cohen & Steers Capital Management, Inc. hereby dismisses the captioned action with prejudice. Defendant Maltuzi LLC has not appeared in the action, and the parties amicably have resolved the matters in dispute.

Dated: New York, New York
August 24, 2007

Respectfully submitted,

GIBBONS P.C.

By: _____
Catherine M. Clayton (CC5575)
GIBBONS P.C.
One Pennsylvania Plaza
37TH Floor
New York, NY 10119
Tel: 212.613.2071
*Attorneys for Plaintiff,*
*Cohen & Steers Capital Management, Inc.*

SO ORDERED:

_____
U.S.D.J.
9/4/07

#1221891 v1
105569-60143